1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| SEBASTIAN INTERNATIONAL, INC., | CASE No. CV-00-03476 SVW (JWJx) |
|---|---|
| Plaintiff, | Consolidated with CV-02-2035 SVW (JWJx) |
| v. | **JUDGMENT** |
| VINCENZO RUSSOLILLO, an individual, et al., | |
| Defendant. | Honorable Stephen V. Wilson Discovery Matters Assigned to: Magistrate Judge Jeffrey W. Johnson |
| AND RELATED COUNTER-CLAIMS AND CONSOLIDATED ACTION | Trial Date:   May 29, 2012 |

3548.009\7279

THIS MATTER having come before the Court upon motion by Plaintiff, Sebastian International, Inc. ("Sebastian" or "Plaintiff") for entry of final default judgment of its claims against Defendants Vincenzo Russolillo, and individual ("Russolillo"), Roberto Gigle, an individual ("Gigle"), and Art Packaging, Inc. a Texas corporation ("Art Packaging"), pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, and the Court having considered the moving papers and there being no opposition thereto;

IT IS HEREBY ORDERED that Plaintiff's Motion for Entry of Final Default Judgment is GRANTED, and judgment is hereby entered in favor of Sebastian and against Defendants Vincenzo Russolillo and Art Packaging on all Counts of the Complaint as follows:

A.   Permanent Injunctive Relief:

1.   Defendants, and each of them, and their officers, agents, attorneys, representatives and assigns, and all persons acting in active concert or participation with them, are hereby permanently restrained and enjoined from doing any of the following acts, either directly or indirectly, and from doing any act prefatory to the prohibited acts:

2.   Developing, manufacturing, acquiring, transporting, developing, offering to sell or selling any counterfeit cans of Sebastian products bearing counterfeit Sebastian trademarks and copyrighted materials;

    a.   Using any of Sebastian's Trademarks, including Sebastian's fanciful "S" design, the word "Sebastian," the word "Shaper" or

the fanciful "S" design with the word "Sebastian" underneath or any other Sebastian trademark in connection with their business;

    b.    Otherwise infringing Sebastian's Trademarks; or

    c.    Engaging in any acts of unfair competition or unfair practice affecting Sebastian or any Sebastian product.

B.    Payment of **$1,257,587** in statutory damages from Defendants jointly and severally to Sebastian International, Inc.

C.    Payment of **$28,752** in attorneys' fees from Defendant jointly and severally to Sebastian International, Inc.

D.    Interest from the date judgment shall accrue at the legal rate.

IT IS FURTHER ORDERED that:

1.    The Court shall retain jurisdiction to enforce the terms of the Permanent Injunction in this matter; and

2.    All remaining claims against Defendants are dismissed with prejudice.

Dated: May 1, 2012

                                    Honorable Stephen V. Wilson
                                    Judge, United States District Court